**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 05a0230n.06
Filed: March 30, 2005

**No. 02-6249**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | ON REMAND FROM THE SUPREME |
| | ) | COURT OF THE UNITED STATES |
| KEEDA HAYNES, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

Before: NELSON and SUTTON, Circuit Judges; CALDWELL, District Judge.[*]

PER CURIAM. Keeda Haynes challenged her conviction and sentence for aiding and abetting an interstate drug conspiracy involving more than 100 kilograms of marijuana. This court affirmed in *United States v. Haynes*, No. 02-6249, 2004 U.S. App. LEXIS 10757 (6th Cir. May 28, 2004). Subsequently, the Supreme Court decided *United States v. Booker*, 125 S. Ct. 738 (2005), and remanded this case for reconsideration in light of *Booker*. The district court sentenced Haynes to 84 months of imprisonment, which lies in the middle of the applicable 78-to-97-month Guidelines range. In accordance with *Booker* and this court's decision in *United States v. Barnett*, 398 F.3d 516 (6th Cir. 2005), we vacate Haynes' sentence and remand to the district court for resentencing.

---

[*]The Honorable Karen Caldwell, United States District Judge for the Eastern District of Kentucky, sitting by designation.

No. 02-6249
*United States v. Haynes*

      SO ORDERED.